IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| REAL PROPERTY LOCATED AT 7100 HIGHWAY 70 EAST, ST. GERMAIN, VILAS COUNTY, WISCONSIN, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON; | ) ) ) ) ) Case No. 08-C-543-C |
| and | ) ) |
| REAL PROPERTY LOCATED AT 560 LOON LAKE ROAD, EAGLE RIVER, VILAS COUNTY, WISCONSIN, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | ) ) ) ) ) |
| Defendant. | ) ) |

ORDER TO DISMISS

IT IS HEREBY ORDERED that the complaint is dismissed without prejudice.

~~Respectfully submitted~~ Entered this 16th day of November 2008.

*Barbara B Crabb*
BARBARA B. CRABB
Chief United States District Court Judge